# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KINGRALE COLLINS**
**ADC #102818**                                                              **PETITIONER**

v.                                   No. 2:25-cv-198-DPM

**STATE OF ARKANSAS**                                                        **RESPONDENT**

## JUDGMENT

Collins's § 2254 petition, *Doc. 1*, is dismissed without prejudice for lack of jurisdiction.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2025